

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Baxsto, LLC,

* From the 118th District Court
  of Howard County,
  Trial Court No. 53632.

Vs. No. 11-21-00183-CV

* April 20, 2023

Roxo Energy Company, LLC;
Roxo Energy, LLC; REC Minerals, LLC;
Roxo FW, LLC; and Vortus Investment
Advisors, LLC,

* Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Wright, S.C.J.,
  sitting by assignment)
  (Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Roxo Energy Company, LLC; Roxo Energy, LLC; REC minerals, LLC; Roxo FW, LLC; and Vortus Investment Advisors, LLC.